# Ex. D - Claim Chart
# U.S. Patent No. 7,664,924



**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[pre] In a computer comprising a storage medium and an application running on said computer, a method of controlling write access to said storage medium by said application comprising:** | Trend Micro offers various software that performs the method of claim 1. Specifically, Trend Micro offers many applications to protect against electronic threats such as viruses, ransomware, malware, and the like (collectively "hostile applications"). That software includes but is not limited to, OfficeScan, Endpoint Application Control, Apex One, Antivirus+ Security, Internet Security, and Maximum Security.<br><br>Trend Micro's software operates and runs on a computer such as a PC, Mac, or Server with a storage medium such as a hard disk or memory. The software controls write access to the computer's storage medium to prevent hostile applications from writting to the device, which is a central purpose of the software sold by Trend Micro. As illustrated in the graphic below, Trend Micro's applications allow safe files while blocking malicious files.<br><br><br><br>Datasheet, Trend Micro Office Scan, at 2 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | Trend Micro's software detects attempts by the application to write data to said storage medium. This attempt to write data can occur during every stage of the hostile application's presence: (1) entry-point; (2) pre-execution; (3) runtime; and (4) exit point. The graphic below showing how Trend Micro's software defends endpoints (e.g., the claimed "computer") is illustrative. First, when a hostile application arrives on an endpoint via for example a network, email, or USB, the software will detect attempts to write. Second, while a hostile application is being written to the storage medium, but before execution, the software detects the attempts to write. Third, while a hostile application is running it can make attempts to write data, which the software will detect. Fourth, when a hostile application exits it can make attempts to write data, which the software will also detect.<br><br> |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | The remaining slides for limitation 1[a] provide examples of Trend Micro's software detecting attempts by hostile applications to write data to a storage medium in any of the four stages outlined above.<br><br>The example on this slide shows Trend Micro's Maximum Security detecting an attempt to write by an email attachment. In the image below, the user attempts to and or downloads a zip file from an email attachment, which would cause data to be written to the storage medium. In the image on the next slide, Trend Micro's software detects that attempt to write.<br><br><br>https://www.trendmicro.com/en_us/forHome/products/maximum-security.html |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | The image below shows that Trend Micro's software detects that attempt to write before the user has clicked to save the file.<br><br> |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | The image below shows another example of Trend Micro's Security software's ability to detect attempts by hostile applications to write data to a storage medium. As the image shows, the software scans for threats when saving or downloading files or when programs try to make unauthorized changes to system settings.<br><br><br><br>https://www.trendmicro.com/en_us/forHome/products/maximum-security.html<br><br>2.   The following **Scan Preferences** are displayed. Check or uncheck to change a setting.<br><br>•   **Scan for threats when opening, saving, or downloading suspicious files.** This is the real-time scan that protects you at all times when you're using your computer. This is enabled by default.<br><br>Trend Micro Security 2020 for Windows Product Guide at 72. |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | The image below shows another example of Trend Micro's Security software's ability to detect attempts by hostile applications to write data to a storage medium. As the image shows, threats are caught as they try to enter memory or touch the hard drive. <br><br> **Quick Start: Conducting On-Demand Scans** <br><br> By default, Trend Micro Security activates a **real-time scan** when it is installed. This is always present in memory, to proactively protect you from real-time threats. Threats are caught as they try to enter memory or touch the hard drive, preventing infections. This includes protection against ransomware, which may infect you from dangerous websites or emails. <br><br> Trend Micro Security 2020 for Windows Product Guide at 60. |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | Trend Micro's OfficeScan and ApexOne software also include real-time scans, which detect attempts by hostile applications to write data to the computer's storage medium.<br><br><br>**Real-time Scan: Advanced Settings**<br><br>| Option | Description |<br>|--------|-------------|<br>| Scan Trigger | • **Read**: Scans files whose contents are read; files are read when they are opened, executed, copied, or moved.<br>• **Write**: Scans files whose contents are being written; a file's contents are written when the file is modified, saved, downloaded, or copied from another location.<br>• **Read or write** |<br><br>https://docs.trendmicro.com/all/ent/officescan/v11.0/en-us/osce_11.0_agent_olh/scn_adv_sttng_rltm_osce_agent.html (Office Scan Agent)<br><br><br>**Real-time Scan**<br><br>Real-time Scan is a persistent and ongoing scan. Each time a file is received, opened, downloaded, copied, or modified, Real-time Scan scans the file for security risks. If the Security Agent does not detect a security risk, users can proceed to access the file. If the Security Agent detects a security risk or a probable virus/malware, a notification message displays indicating the name of the infected file and the specific security risk.<br><br>Real-time Scan maintains a persistent scan cache which reloads each time the Security Agent starts. The Security Agent tracks any changes to files or folders that occurred since the Security Agent unloaded and removes these files from the cache.<br><br>Trend Micro Apex One Administrator's Guide at 7-14 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | Trend Micro's software also includes Behavior Monitoring that detects attempts by hostile applications to write data to the storage medium. As explained in the excerpt below, Behavior Monitoring constantly monitors endpoints, e.g., the claimed computers, for unusual modifications to the operating system or on installed software, e.g., attempts by hostile applications to write data to the storage medium.<br><br>**Behavior Monitoring**<br><br>Behavior Monitoring constantly monitors endpoints for unusual modifications to the operating system or on installed software. Behavior Monitoring protects endpoints through **Malware Behavior Blocking** and **Event Monitoring**. Complementing these two features are a user-configured **exception list** and the **Certified Safe Software Service**.<br><br>Office Scan, Service Pack 1, Administrator's Guide at 9-2 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | The Behavior Monitoring service includes ransomware protection that detects attempts by applications to write data to the storage medium of a computer. Those attempts to write occur, for example, in the attempts modify, delete, or rename files or in the modification of the file type.<br><br><br><br>Office Scan, Service Pack 1, Administrator's Guide at 9-4 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | The following excerpt shows that Trend Micro's Security software (Antivirus+ Security, Internet Security, and Maximum Security) also include Behavior Monitoring functionality.<br><br>**Trend Micro Security 2020 for Windows Product Guide**<br><br>Trend Micro™ **Antivirus+ Security**<br>Trend Micro™ **Internet Security**<br>Trend Micro™ **Maximum Security**<br><br>Trend Micro Security 2020 for Windows Product Guide at 1.<br><br>**Unauthorized Change Prevention**<br><br>Trend Micro Security includes behavior monitoring in its list of security protections. Unauthorized changes to system settings and other suspicious behavior can be blocked, as well as autorun programs on portable drives. Antivirus+ includes the ability to switch your protection level automatically, to aggressively eliminate programs that pose even a small risk of bad behavior. And the increased protection against ransomware that Folder Shield provides helps protect your computer and files from encryption or blocked access and the extortion that comes with ransomware. All editions of Trend Micro Security provide ransomware protection and Folder Shield.<br><br>Trend Micro Security 2020 for Windows Product Guide at 70. |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | The following excerpt shows that Apex One also includes Behavior Monitoring functionality.<br><br> |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[a] detecting an attempt by the application to write data to said storage medium;** | Trend Micro's Endpoint Application Control software also detects attempts by hostile applications to write data to a computer's storage medium. Endpoint Application Control detects those attempt to prevent them from occurring. For example it detects write attempts by executables, DDLs, Windows App store apps, device drivers, controls panels, and other portable executable files. <br><br> Trend Micro Endpoint Application Control allows you to enhance your defenses against malware and targeted attacks by preventing unknown and unwanted applications from executing on your corporate endpoints. With a combination of flexible, dynamic policies, whitelisting and blacklisting capabilities, as well as an extensive application catalog, this easy-to-manage solution significantly reduces your endpoint attack exposure. For even greater insight into threats, user-based visibility and policy management are available in the local administration console or in the centrally-managed Trend Micro™ Control Manager™. <br><br> Datasheet, Trend Micro Endpoint Application Control, at 1 <br><br> Enhanced protection defends against malware, targeted attacks, and zero-day threats <br><br> • Prevents potential damage from unwanted or unknown applications (executables, DLLs, Windows App store apps, device drivers, control panels, and other Portable Executable (PE) files) <br><br> • Provides global and local real-time threat intelligence based on good file reputation data correlated across a global network <br><br> Datasheet, Trend Micro Endpoint Application Control, at 1 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | In response to the write attempts discussed for limitation 1[a], OfficeScan attempts to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications. For example, the Behavior Monitoring functionality includes an exception list for approved programs and blocked programs. If a program is on the exception list as an approved program, Office Scan does not monitor that program. If a program is on the exception list as a blocked program, Office Scan blocks that program. Upon information and belief, the programs on the exception list are stored on a database that include data elements encoding permission values, e.g., approved or blocked, that are associated with the applications on the list.  |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | The Office Scan software also includes a Trusted Program list. Upon information and belief, the programs on that list are stored on a database that include data elements encoding permission values, e.g., trusted or not, that are associated with the applications on the list. |



Trusted Program List

You can configure OfficeScan agents to skip scanning of trusted processes during Real-time and Behavior Monitoring scans. After adding a program to the Trusted Programs List, the OfficeScan agent does not subject the program or any processes initiated by the program to Real-time Scan. Add trusted programs to the Trusted Program List to improve the performance of scanning on endpoints.

Office Scan, Service Pack 1, Administrator's Guide at 9-2

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | Office Scan performs whitelist checking such as the exception list and trusted programs lists at each layer, i.e., at each the stages discussed on slide 3. <br><br> • Progressively filters out threats using the most efficient technique for maximum detection without false positives. <br> • Blends signature-less techniques including high-fidelity machine learning, behavioral analysis, variant protection, census check, application control, exploit prevention, and good-file check with other techniques like file reputation, web reputation, and command and control (C&C) blocking. <br> • Trend Micro is the first to infuse high-fidelity machine learning which uniquely analyzes files not only before execution but also during runtime for more accurate detection. <br> • Noise cancellation techniques like census and whitelist checking at each layer reduce false positives. <br> • Instantly shares information on suspicious network activity and files with other security layers to stop subsequent attacks. <br> • Advanced ransomware protection monitors for suspicious file encryption activities at the endpoint, terminates malicious activities, and even recovers lost files if necessary. <br><br> Datasheet, Trend Micro Office Scan, at 2 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | Trend Micro's other software packages also include exception lists and trusted programs list. The following excerpt shows that Antivirus+ Security, Internet Security, and Maximum Security also include exception lists / trusted program lists.<br><br><br><br> |

**Exception Lists: Programs/Folders**

**To add items to Exception Lists Programs/Folders:**

Trend Micro Security lets you add programs, folders, or websites to exception lists so that scans will ignore them. Adding programs or folders to exception lists can increase performance during scans, while adding frequently-accessed websites can prevent unwanted blockage. Users are advised to use exception lists wisely, as it may open computers up to more threats.

Trend Micro Security 2020 for Windows Product Guide at 84.

13. You can also click the link **Trusted Program List** to add a trusted program to a list of applications that can access protected folders. The **Trusted Program List** appears.

Figure 193. Trusted Program List

Trend Micro Security 2020 for Windows Product Guide at 110-111.

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | The following excerpts also show that Apex One includes exception lists and trusted program lists. <br><br> **Behavior Monitoring Exception List** <br> The Behavior Monitoring exception list contains programs that the Security Agent does not monitor using Behavior Monitoring. <br> • **Approved Programs**: The Security Agent allows all programs in the Approved Programs list to pass Behavior Monitoring scanning. <br> **Note** <br> Although Behavior Monitoring does not take action on programs added to the Approved Programs list, other scan features (such as file-based scanning) continue to scan the program before allowing the program to run. <br> • **Blocked Programs**: The Security Agent blocks all programs in the Blocked Programs list. To configure the Blocked Programs list, enable Event Monitoring. <br> Configure the exception list from the web console. You can also grant users the privilege to configure their own exception list from the Security Agent console. <br> For details, see *Behavior Monitoring Privileges on page 9-18*. <br> Trend Micro Apex One Administrator's Guide at 9-9 <br><br> **Trusted Program List** <br> You can configure Security Agents to skip scanning of trusted processes during Application Control, Behavior Monitoring, Data Loss Prevention, Device Control, Endpoint Sensor, and Real-time Scans. After adding a program to the Trusted Programs List, the Security Agent does not subject the program or any processes initiated by the program to Real-time Scan. Add trusted programs to the Trusted Program List to improve the performance of scanning on endpoints. <br> Trend Micro Apex One Administrator's Guide at 7-51 <br><br> **Trend Micro Apex One™ Application Control** <br> • Prevents damage from unwanted/unknown applications (executables, DLLs, and other PE files). <br> • Flexible, dynamic policies and whitelisting/blacklisting capabilities to reduce attack exposure. <br> • Allows users to install applications based on reputation-based variables (prevalence, usage, and maturity). <br> • Provides global and local real-time threat intelligence based on good file reputation data. <br> • Categorizes applications and provides updates via our Trend Micro Certified Safe Software Service. <br> • Coverage of pre-categorized applications that can be selected from our application catalog. <br> • Visibility and policy management via Trend Micro Apex Central™. <br> • Interconnects with additional layers of security to better correlate data and stop threats more often. <br> Trend Micro Apex One Administrator's Guide at 9-9 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | The following excerpts also show that, during for example real-time scans discussed above, Office Scan and Apex One attempt to retrieve permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications. Those permission values are stored on a database containing the Smart Scan Agent Pattern on the computer.<br><br>**Smart Scan Agent Pattern**<br><br>The Smart Scan Agent Pattern is updated daily and is downloaded by the OfficeScan agents' update source (the OfficeScan server or a custom update source). The update source then deploys the pattern to smart scan agents.<br><br>**Note**<br>Smart scan agents are OfficeScan agents that administrators have configured to use File Reputation Services. Agents that do not use File Reputation Services are called conventional scan agents.<br><br>Smart scan agents use the Smart Scan Agent Pattern when scanning for security risks. If the pattern cannot determine the risk of the file, another pattern, called Smart Scan Pattern, is leveraged.<br><br>**Smart Scan Pattern**<br><br>The Smart Scan Pattern is updated hourly and is downloaded by smart protection sources. Smart scan agents do not download the Smart Scan Pattern. Agents verify potential threats against the Smart Scan Pattern by sending scan queries to smart protection sources.<br><br>Office Scan, Service Pack 1, Administrator's Guide at 4-8 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | The following excerpts shows the same Smart Scan Agent Pattern for the Apex One. <br><br> **Smart Scan Agent Pattern** <br><br> The Smart Scan Agent Pattern is updated daily and is downloaded by the Apex One agents' update source (the Apex One server or a custom update source). The update source then deploys the pattern to smart scan agents. <br><br> **Note** <br> Smart scan agents are Security Agents that administrators have configured to use File Reputation Services. Agents that do not use File Reputation Services are called conventional scan agents. <br><br> Smart scan agents use the Smart Scan Agent Pattern when scanning for security risks. If the pattern cannot determine the risk of the file, another pattern, called Smart Scan Pattern, is leveraged. <br><br> **Smart Scan Pattern** <br><br> The Smart Scan Pattern is updated hourly and is downloaded by smart protection sources. Smart scan agents do not download the Smart Scan Pattern. Agents verify potential threats against the Smart Scan Pattern by sending scan queries to smart protection sources. <br><br> Trend Micro Apex One Administrator's Guide at 4-8 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[b] in response to said write attempt, attempting to retrieve a permission value from a database comprised of data elements encoding at least one permission value associated with one or more applications;** | Trend Micro's Security software also uses a local database of permission values in combination with the online database of the Smart Protection Network. The signature database is maintained "mainly on Trend Micro Servers in the cloud," which means that at least some of the database is stored locally.<br><br>Unlike other local-protection-based products that require you to frequently update a large local signature database on your computer, Trend Micro Security updates the signature database mainly on Trend Micro Servers in the cloud, so all consumers of the Smart Protection Network are instantly protected whenever the online database is updated. Other cloud-based and local Trend Micro technologies correlate threat data of different kinds, since modern threats can simultaneously use multiple techniques to infect your computer.<br><br>Smart Scan reduces network bandwidth usage (for updating/downloading signatures), while saving disk space and memory.<br><br>Trend Micro Security 2020 for Windows Product Guide at 61. |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | In the case where no permission value for the running application is found in the database, e.g., no exception list, trusted list entry, or pattern detection, Trend Micro transmits a query comprised of an indicia of identity associated with said running application to a central server operatively connected to the computer and to at least one additional computer. For example, this step occurs via Trend Micro's Smart Protection Network. Trend Micro's Smart Protection Network servers continually monitor and collect threat data from across the globe. All Trend Micro products and services use the Smart Protection Network. Thus, all computers running Trend Micro's software are connected to the Smart Protection Network servers.<br><br> |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | Trend Micro's Smart Protection Network servers are connected to at least one additional computer. Those additional computers include for example honeypots, webcrawlers, zero day initiatives, customers and partners, threat researchers, and the sandbox.<br><br><br>https://www.trendmicro.com/en_us/business/technologies/smart-protection-network.html |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[c] in the case that no permission value for the running application is found in the database, transmitting to a central server operatively connected to the computer and to at least one additional computer, a query comprised of an indicia of identity associated with said running application;** | The computer using Trend Micro's software transmits a query to Trend Micro's Smart Protection Network comprised of an indicia of identity associated with said running application. As noted below, the Smart Protection Network receives trillions of threat queries per year. For the Smart Protection Network to identify the suspected threat and respond to the query, the query must include an indicia of identity associated with the running application.  |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---------|----------------------|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | The computer running Trend Micro's software receives from said central servers of the Smart Protection Network, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer. For example, Trend Micro's customers and partners provide smart feedback to the Smart Protection Network. Once a threat is identified via that feedback, Trend Micro updates the Smart Protection Network to block any subsequent encounters of that threat by any other Trend Micro customers or partners. Thus, the claimed computer receives from the central servers of the Smart Protection network data that represents the collective response to block the requests of the hostile application by all computers after the original encounter that identified the threat.<br><br><br>**Key Features**<br>Product features for this version include better integration with the <u>Trend Micro Smart Protection Network</u>.<br><br>**The Trend Micro Smart Protection Network**<br>The Trend Micro Smart Protection Network is a next-generation cloud-client content security infrastructure designed to protect customers from Web threats. The following are key elements of the Smart Protection Network.<br><br>**Smart Feedback**<br>Trend Micro Smart Feedback provides continuous communication between Trend Micro products as well as the company's 24/7 threat research centers and technologies. <u>Each new threat identified via a single customer's routine reputation check automatically updates all of the Trend Micro threat databases, blocking any subsequent customer encounters of a given threat.</u> By continuously processing the threat intelligence gathered through its extensive global network of customers and partners, Trend Micro delivers automatic, real-time protection against the latest threats and provides "r;better together" security, much like an automated neighborhood watch that involves the community in protection of others. Because the threat information gathered is based on the reputation of the communication source, not on the content of the specific communication, the privacy of a customer's personal or business information is always protected.<br><br>https://docs.trendmicro.com/all/smb/wfbs-a/v7.0/en-us/wfbs-a_7.0_olh/WFBS/Introducing_WFBS/KeyFeatures.htm |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | The image below further shows that the claimed computer receives from the central servers of the Smart Protection network data that represents the collective response to block the requests of the hostile application by all computers after the original encounter that identified the threat. Alternatively, if the application is benign, the Smart Protection Network sends a corresponding response that is representative of other responses from users that have similarly allowed access and been unharmed. <br><br> An important function of the Smart Protection Network is its ability to learn from its former actions: patterns of newly identified threats are maintained (sometimes for years) in the growing dataset of the Smart Protection Network for use in the future (i.e. retrospective analysis). Trends associated with customer type, geolocation, industry, and other metadata are identified and included in this historical information. In addition, any threats detected at installed Trend Micro customer sites are immediately forwarded to the Smart Protection Network, where they are compared to known threats and catalogued. All of this near-real-time, actionable intelligence is then distributed through the Trend Micro cloud to update all its solutions and services around the clock to its worldwide customer base. <br><br> A Holistic, Proactive Framework for Identifying and Preventing Cyber Attacks at 8 |

**Ex. D – Claim Chart**
**U.S. Patent No. 7,664,924**

| CLAIM 1 | TREND MICRO PRODUCTS |
|---|---|
| **1[d] receiving from said central server, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer.** | The computer running Trend Micro's software receives from said central servers of the Smart Protection Network, data that represents the collective response of the user of the at least one additional computer to requests by the same application running on said at least one additional computer to access the storage medium that comprises said at least one additional computer. For example, the additional computers in the sandbox allow the requests by the application to access their storage mediums, and if found harmless, the Smart Protection Network sends data to the computer indicating that the requests by the application should be allowed.  |